Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Garces Restaurant Group, Inc.
Debtor

Case No.: 18−19054−JNP
Chapter 11

Garces Restaurant Group, Inc.
Plaintiff

v.

American Express National Bank
Defendant

Adv. Proc. No. 18−01269−JNP                              Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 8, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 4
Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/8/2018 Show Cause hearing to be held on 6/11/2018 at 10:00 AM at JNP − Courtroom 4C, Camden. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 8, 2018
JAN: cmf

Jeanne Naughton
Clerk